DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com

Attorneys for Defendant
ASSOCIATED NEWSPAPERS, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY TOUSIGNANT, TOM TOUSIGNANT, TANNER TOUSIGNANT. and CONNOR TOUSIGNANT, a minor by and through his Guardian Ad Litem, TAMMY TOUSIGNANT,<br><br>Plaintiffs,<br><br>vs.<br><br>GAWKER MEDIA, an unknown business entity; GAWKER, an unknown business entity; AMERICAN MEDIA INC., a Delaware Corporation; NATIONAL ENQUIRER, INC., a Florida Corporation; NATIONAL ENQUIRER MAGAZINE, an unknown business entity; ASSOCIATED NEWSPAPERS, LTD., an unknown business entity; DAILY MAIL, an unknown business entity, MAIL ONLINE, an unknown business entity; and Does 1 through 100, Inclusive,<br><br>Defendants. | Case No. SACV11-01383 AG (RNBx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed: July 28, 2011 |

1  Plaintiffs Tammy Tousignant, Tom Tousignant, and Tanner Tousignant, and
2  defendants Gawker Media, LLC, Associated Newspapers, Ltd., American Media
3  Inc., and National Enquirer, Inc., by their respective undersigned counsel and
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agree and
5  stipulate to the dismissal of this action in its entirety with prejudice as to all
6  defendants.  Each party to bear his/her/its own attorneys' fees and costs.

8  DATED: February 29, 2012

SCOLINOS, SHELDON & NEVELL
HARRY F. SCOLINOS
TODD F. NEVELL

By: /s/ Todd F. N[evell]
Todd F. Nevell

Attorneys for Plaintiffs
TAMMY TOUSIGNANT, TOM
TOUSIGNANT, and TANNER
TOUSIGNANT

16  DATED: February 29, 2012

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
KAREN A. HENRY

By: /s/ Kelli L. Sager / KAH
Kelli L. Sager

Attorneys for Defendant
ASSOCIATED NEWSPAPERS, LTD.

1
STIPULATION FOR DISMISSAL WITH PREJUDICE
DWT 18943825v1 0049264-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: February 29, 2012 | DAVIS WRIGHT TREMAINE LLP<br>ALONZO WICKERS IV<br>KAREN A. HENRY |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Alonzo Wickers IV_ |
| 5 | | Alonzo Wickers IV |
| 6 | | Attorneys for Defendant<br>GAWKER MEDIA, LLC |
| 7 | | |
| 8 | DATED: February 29, 2012 | DAVIS WRIGHT TREMAINE LLP<br>KELLI L. SAGER<br>KAREN A. HENRY |
| 9 | | |
| 10 | | LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>LEE LEVINE |
| 11 | | |
| 12 | | |
| 13 | | By: _/s/ Lee Levine /KAH_ |
| 14 | | Lee Levine |
| 15 | | Attorneys for Defendants<br>AMERICAN MEDIA INC. and NATIONAL ENQUIRER, INC. |

2
STIPULATION FOR DISMISSAL WITH PREJUDICE
DWT 18943825v1 0049264-000024

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899